IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL DOCKET NO.: 3:01CR66

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| JAMES EDGAR MUNSON (2), ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Judgment of the Fourth Circuit Court of Appeals, filed May 17, 2006,[1] remanding this case for resentencing.

**IT IS, THEREFORE, ORDERED THAT:**

1) This matter is hereby scheduled for resentencing on **Monday, November 27, 2006, at 1:30 p.m. in the Charlotte Division**;

2) The United States Marshal is directed to return Defendant to the Western District of North Carolina **on or before November 13, 2006**; and

3) A copy of this Order shall be sent to the Defendant, Defense Counsel, United States Attorney, United States Marshall Service, United States Probation Office, and Courtroom Deputy.

Signed: October 2, 2006

Richard L. Voorhees
United States District Judge

---

[1] The mandate issued June 13, 2006.

Case 3:01-cr-0006