**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CRIMINAL DOCKET NO.: 3:01CR66**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JAMES EDGAR MUNSON (2), | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

     **THIS MATTER** is before the Court on the Judgment of the Fourth Circuit Court of

Appeals, filed May 17, 2006,[1] remanding this case for resentencing.

     **IT IS, THEREFORE, ORDERED THAT:**

1)     This matter is hereby scheduled for resentencing on **Monday, November 27,**

     **2006, at 1:30 p.m. in the Charlotte Division**;

2)     The United States Marshal is directed to return Defendant to the Western District

     of North Carolina **on or before November 13, 2006**; and

3)     A copy of this Order shall be sent to the Defendant, Defense Counsel, United

     States Attorney, United States Marshall Service, United States Probation Office,

     and Courtroom Deputy.

     Signed: October 2, 2006

     Richard L. Voorhees
     United States District Judge

---

[1]The mandate issued June 13, 2006.