IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL DOCKET NO. 3:01cr66-2 V

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| JAMES EDGAR MUNSON | ) | |

**THIS MATTER** is before the Court on the Judgment of the Fourth Circuit Court of Appeals, filed May 17, 2006,[1] remanding this case for resentencing.

**IT IS, THEREFORE, ORDERED THAT:**

1) This matter is hereby rescheduled for resentencing on Friday, **December 15, 2006 at 2:30 p.m. in the Charlotte Division;**

2) A copy of this Order shall be sent to the Defendant, Defense Counsel, United States Attorney, United States Marshall Service, United States Probation Office, and Courtroom Deputy.

Signed: November 27, 2006

Richard L. Voorhees
United States District Judge

---

[1] The mandate issued June 13, 2006.